UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR GAMEZ,<br><br>          Plaintiff,<br><br>      v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>          Defendant. | Case No. CV 16-7526 JC<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: October 30, 2017

                                                /s/
                              Honorable Jacqueline Chooljian
                              UNITED STATES MAGISTRATE JUDGE